KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-05-70324-EDL |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| WENNY HOANG BUI, | |
| Defendant. | |

    This matter came on the calendar of the Honorable Nandor J. Vadas on July 21, 2005. At the parties' request, the Court continued the matter until August 5, 2005 for preliminary hearing or arraignment or change of plea.

    The parties requested extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) up to the 30-day limit for indictment set by the Speedy Trial Act, 18 U.S.C. § 3161(b), which, in this case, would expire on July 31, 2005, and an exclusion of time under the Speedy Trial Act from July 31 through August 5, 2005 based upon the need for effective preparation of counsel. The government is in the process of providing additional discovery to the defense and the parties are engaged in discussions which might lead to pre-

1  indictment resolution of this case.  Therefore, the parties are requesting an extension of time
2  under Rule 5.1(d) and a subsequent exclusion of time under the Speedy Trial Act.  The parties
3  agree that the time from July 21 through July 31, 2005 should be extended under Rule 5.1(d) and
4  that the time from July 31 through August 5, 2005 should be excluded in computing the time
5  within which trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
6  　　　　Accordingly, the Court HEREBY ORDERS that the time from July 21 through July 31,
7  2005 is extended under Rule 5.1(d) and that the time from July 31 through August 5, 2005 is
8  excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant
9  the requested exclusion would deny the defendant reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
11 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested
12 exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
13 prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore
14 concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
15 SO ORDERED.

17 DATED: 7/26/05

_____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

19 Approved as to form:

21 /s/ Joseph Morehead
　　JOSEPH MOREHEAD, ESQ.
22 Attorney for Defendant

24 /s/ Monica Fernandez
　　MONICA FERNANDEZ
25 Assistant United States Attorney

ORDER EXCLUDING TIME
No. CR 3-05-70324-EDL                    2