KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-05-70324-EDL |
| Plaintiff, | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| WENNY HOANG BUI, | |
| Defendant. | |

    This matter came on the calendar of the Honorable Bernard Zimmerman on August 5, 2005. At the parties' request, the Court continued the matter until August 10, 2005 for arraignment on a misdemeanor information and change of plea.

    The parties requested an exclusion of time under the Speedy Trial Act from August 5 through 10, 2005 based upon the need for effective preparation of counsel. Specifically, the government recently provided additional discovery to the defense and the government is in the process of obtaining information from the defense necessary to resolve this case as a misdemeanor. Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act. The parties agree that the time from August 5-10, 2005 should be excluded in computing

ORDER EXCLUDING TIME
No. CR 3-05-70324-EDL

1  the time within which an information must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

2       Accordingly, the Court HEREBY ORDERS that the time from August 5-10, 2005 is
3  excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant
4  the requested exclusion would deny the defendant reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
6  3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested
7  exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
8  prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore
9  concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

10  SO ORDERED.

12  DATED: August 9, 2005

                                            HONORABLE BERNARD ZIMMERMAN
                                            UNITED STATES MAGISTRATE JUDGE

14  Approved as to form:

16  /s/ Joseph Morehead
    JOSEPH MOREHEAD, ESQ.
17  Attorney for Defendant

19  /s/ Monica Fernandez
    MONICA FERNANDEZ
20  Assistant United States Attorney